# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:19-cr-00467-JM-02

CLEO TAJUAN AVERY     DEFENDANT

## ORDER

Pending before the Court is United States' Motion to Dismiss the Indictment as to Defendant Cleo Tajuan Avery. Good cause having been shown, the motion is GRANTED. (Document No. 43) The Indictment is hereby dismissed as to the above-named defendant.

IT IS SO ORDERED this 4th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE